ROBINSON *v.* UNITED STATES.

No. 425, Misc. Decided March 18, 1963.

Petitioner *pro se.*

*Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *Kirby W. Patterson* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. On writ of certiorari the judgment is vacated and, in accordance with the suggestion of the Solicitor General, the case is remanded to the United States Court of Appeals for the Eighth Circuit with directions to allow the appeal *in forma pauperis. Coppedge* v. *United States,* 369 U. S. 438.